IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CV463 |
| ) | |
| v. ) | |
| ) | |
| $104,160.00 IN UNITED STATES ) | JUDGMENT |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Pursuant to the Memorandum and Order entered on this date, judgment is hereby entered against the plaintiff, United States of America, and in favor of the claimants, Brontelle Mosley and Nola Mease-Mosley.

   DATED this 5th day of October, 2009.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              Chief United States District Judge